UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

PAUL VIKO,                          :
                                    :
      Plaintiff,                    :
                                    :
         v.                         :    Case No. 2:08-CV-221
                                    :
WORLD VISION, INC. and              :
WORLD VISION INTERNATIONAL,         :
                                    :
      Defendants.                   :

ORDER

The Report and Recommendation of the United States
Magistrate Judge was filed April 28, 2009.  Plaintiff filed a
Motion to Alter or Amend the Report and Recommendation on May 13,
2009 and filed objections on May 14, 2009.  On June 25, 2009, the
United States Magistrate Judge issued an Opinion and Order
granting the Motion to Alter or Amend the Report and
Recommendation.

A district judge must make a de novo determination of those
portions of the report or recommendation to which objection is
made.  28 U.S.C. § 636(b)(1); *Cullen v. United States*, 194 F.3d
401, 405 (2d Cir. 1999).  The district judge "may accept, reject,
or modify, in whole or in part, the findings or recommendations
made by the magistrate judge."  § 636(b)(1); *accord Cullen*, 194
F.3d at 405.

After careful review of the file, the Magistrate Judge's
Report and Recommendation and the objections, the Court **adopts**
the Magistrate Judge's recommendations as amended in the Opinion

and Order dated June 25, 2009 recommending that this matter be transferred to the Southern District of New York rather than the Central District of California.

Dated at Burlington, in the District of Vermont, this 24th day of July, 2009.

/s/ William K. Sessions III
William K. Sessions III
Chief Judge
U.S. District Court
